

**FILED**

FEB 1 1 2009

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  JOHN T. KENDALL
   Trustee
2  2411 Santa Clara Avenue, Suite 12
   Alameda, CA  94501
3  (510)523-9821

4               UNITED STATES BANKRUPTCY COURT
                NORTHERN DISTRICT OF CALIFORNIA
5

6  IN RE:                    )   CASE NO.  05-41675 RJN
                             )
7  DEBORAH MARTINEZ,         )   Chapter 7
                             )
8                            )   NOTICE OF UNCLAIMED
                Debtor.      )   DIVIDENDS
9  _____)

10 TO THE CLERK, UNITED STATES BANKRUPTCY COURT

11      Pursuant to Federal Rule of Bankruptcy Procedure 3011, the
   Trustee in the above captioned case hereby turns over to the
12 Court, unclaimed dividends in the amount of $23,959.02.  The
   name(s) and address(es) of the claimants entitled to the
13 unclaimed dividends are as follows:

14 Claim # Name & Address of Claimant  Claim Amount  Dividend Amount

15      (See Attached Schedule)

16

17               Total Unclaimed Dividends $23,959.02

18

19 Dated: February 9, 2009

20                           JOHN T. KENDALL, Trustee

21

22

23

24

25

26

27

## UNCLAIMED & UNDELIVERABLE CHECKS

**CASE NAME: DEBORAH MARTINEZ**
**CASE NO: 05-41675 RJN**

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | CLAIM AMOUNT | UNCLAIMED FUNDS |
|---|---|---|---|
| 3 | Alliance Financial Capital Inc.<br>Israel Sanft<br>700 Airport Blvd. Suite 430<br>Burlingame Ca  94010 | $98,414.27 | $23,959.02 |
| | **TOTAL FUNDS** | | **$23,959.02** |